```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE MARTINEZ-RIVERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00165-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: May 21, 2009 |
| JOSE MARTINEZ-RIVERA, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JOSE MARTINEZ-RIVERA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, May 21, 2009 be continued to Thursday, June 11, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 11, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 18, 2009
Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JOSE MARTINEZ-RIVERA

DATED: May 18, 2009
LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Galloway for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 11, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

IT IS SO ORDERED.

Dated: May 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2