```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MARTINEZ-RIVERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00165-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| JOSE MARTINEZ-RIVERA, ) | DATE: July 2, 2009 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JOSE MARTINEZ-RIVERA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, July 2, 2009 be continued to Thursday, July 16, 2009 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 16, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 29, 2009         Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             JOSE MARTINEZ-RIVERA


DATED: June 29, 2009         LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Benjamin Galloway for
                             MICHAEL ANDERSON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 16, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**